```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DANIEL S. McCONKIE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  IN THE MATTER OF THE SEARCH OF:  )  S.W. NO. 3:11-SW-00005
    21138 BIG OAK LANE               )
12  LAKEHEAD, CA                     )  ORDER RE: REQUEST TO UNSEAL
                                     )  SEARCH WARRANT AND SEARCH
13                                   )  WARRANT AFFIDAVIT
                                     )
14  _____)
    IN THE MATTER OF THE SEARCH OF:  )  S.W. NO. 3:11-SW-00006
15  2099 ASPENGLEN WAY               )
    LIVINGSTON, CA                   )  ORDER RE: REQUEST TO UNSEAL
16                                   )  SEARCH WARRANT AND SEARCH
                                     )  WARRANT AFFIDAVIT
17                                   )
                                     )
18  IN THE MATTER OF THE SEARCH OF:  )  S.W. NO. 3:11-SW-00007
    APPLICATION OF THE UNITED STATES )
19  OF AMERICA FOR AUTHORIZATION TO  )  ORDER RE: REQUEST TO UNSEAL
    OBTAIN LOCATION DATA CONCERNING  )  SEARCH WARRANT AND SEARCH
20  A CELLULAR TELEPHONE ASSIGNED    )  WARRANT AFFIDAVIT
    TELEPHONE NUMBER: 530-237-7280   )
21  _____)
    IN THE MATTER OF THE SEARCH OF:  )  S.W. NO. 3:11-SW-00008
22  1980 JEWEL LANE                  )
    REDDING, CA                      )  ORDER RE: REQUEST TO UNSEAL
23                                   )  SEARCH WARRANT AND SEARCH
                                     )  WARRANT AFFIDAVIT
24                                   )
    _____)
25
         Upon application of the United States of America and good cause
26
    having been shown,
27
    ////
28
                                       1
```

1 |     IT IS HEREBY ORDERED that all documents related to the above-
2 | captioned proceedings be unsealed.
3 | Date: August 23, 2011

*[Signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE